NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STEUBEN FOODS, INC.,**
*Plaintiff-Appellant*

**v.**

**NESTLE USA, INC.,**
*Defendant-Appellee*

------------------------------------------------

**STEUBEN FOODS, INC.,**
*Plaintiff-Appellant*

**v.**

**GEA SYSTEMS NORTH AMERICA LLC, GEA PROCOMAC S.P.A.,**
*Defendants-Appellees*

---

2021-1907, 2021-1933

---

Appeals from the United States District Court for the Western District of New York in Nos. 1:12-cv-00904-EAW-JJM, 1:13-cv-00892-EAW-JJM, Judge Elizabeth A. Wolford.

---

**ON MOTION**

---

2                    STEUBEN FOODS, INC. v. NESTLE USA, INC.

PER CURIAM.

# O R D E R

The parties move to dismiss the above-captioned appeal pursuant to Fed. R. App. P. 42(b) with each side to bear its own costs and fees.

IT IS ORDERED THAT:

The motion is granted. The appeal is dismissed as stipulated.

FOR THE COURT

<u>April 5, 2022</u>
      Date

<u>/s/ Peter R. Marksteiner</u>
Peter R. Marksteiner
Clerk of Court

**ISSUED AS A MANDATE**: April 5, 2022